# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

_____ Division

Kevin Bain

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Brandon McCord; James Hyppolite; Larry Akers

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

REC'D BY ___ D.C.
JUL 02 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Kevin Bain |
| Address | 16442 NW 13th Street |
| | Pembroke Pines, FL 33028 |
| | City / State / Zip Code |
| County | Broward |
| Telephone Number | (954) 998-9296 |
| E-Mail Address | Moorish3000@gmail.com |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Brandon McCord |
| Job or Title (if known) | Detective at Broward Sheriff Office |
| Address | 2601 West Broward Boulevard |
| | Fort Lauderdale, FL 33312 |
| | City / State / Zip Code |
| County | Broward |
| Telephone Number | (954) 321-1100 |
| E-Mail Address (if known) | Brandon_McCord@Sheriff.org |

[✔] Individual capacity  [ ] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | James Hyppolite |
| Job or Title (if known) | Detective at Broward Sheriff Office |
| Address | 2601 West Broward Boulevard |
| | Fort Lauderdale, FL 33312 |
| | City / State / Zip Code |
| County | Broward |
| Telephone Number | (954) 321-1100 |
| E-Mail Address (if known) | James_Hyppolite@Sheriff.org |

[✔] Individual capacity  [ ] Official capacity

Defendant No. 3
- Name: **Larry Akers**
- Job or Title *(if known)*: BSO SWAT Team Leader
- Address: 2601 West Broward Boulevard
  - City: Fort Lauderdale
  - State: FL
  - Zip Code: 33312
- County: Broward
- Telephone Number: (954) 321-1100
- E-Mail Address *(if known)*:

[✓] Individual capacity    [ ] Official capacity

Defendant No. 4
- Name:
- Job or Title *(if known)*:
- Address:
  - City:
  - State:
  - Zip Code:
- County:
- Telephone Number:
- E-Mail Address *(if known)*:

[ ] Individual capacity    [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
14th Amendment: Right to be secure in your persons, houses from unreasonable Searches and Seizures; 14th Amendment: Right of Due Process of Law

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

    D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
See Exhibit A

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?
The Plaintiff's house

    B.    What date and approximate time did the events giving rise to your claim(s) occur?
July 25th, 2020

    C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
See Exhibit A

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

The Plaintiff has been diagnosed with Benign Cancer on his Adrenal Glands (Extreme High Blood Pressure) courtesy of the Defendants' unconstitutional misconduct. In addition, Stage 3 Chronic Kidney Disease from the Extreme High Blood Pressure.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

The Plaintiff is asking for $80,000,000 for the maliciously Constitutional violations perpetrated by the Defendants. This relief amount is based upon the Lawyers' fees I paid for to defend myself against BSO's charges which is $11,000; $18,000 I spent to bond myself out of Jail during the Pandemic Era (Spring '20); The Pain and Suffering and Emotion distress the Plaintiff has endured from the Defendants. Ditto, the Plaintiff has been diagnosed with Benign Cancer on his Adrenal Glands (Extreme High Blood Pressure) and Stage 3 Chronic Kidney Disease as a corollary of the Extreme High Blood Pressure. The Plaintiff's blood pressure was so high from his unlawful arrest that the Plaintiff was not allow to enter the Main Jail facility without going to the Hospital first. The Plaintiff takes multiple medications per day to cope his illness due to the Defendants' criminal behavior. As of this writing, the criminal case Broward Sheriff Office has against the Plaintiff is still ongoing.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06/29/2024

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Kevin Bain

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address
    City    State    Zip Code
Telephone Number
E-mail Address

**EXHIBIT A- ACTING UNDER THE COLOR OF LAW/ STATEMENT OF CLAIM**

1. Since July 15th, 2020, Defendant 1 and 2 were investigating a shooting that happened in North Lauderdale, Florida on July 14th, 2020.

2. Defendant 1 and 2 got into a joint investigation with Det. Christopher Smith from Miramar PD, ATF Special Agent Elizabeth Morales; and Det. Brian Koenig from Coral Springs PD.

3. Defendant 1 was the lead detective in the aforesaid joint investigation.

4. Defendant 1 never had Probable Cause to arrest the Plaintiff on the various shootings he was investigating; hence, he never procured a warrant of his own at the time of the Plaintiff's arrest.

## FEDERAL CLAIMS
### First Cause of Action
### Fourteenth Amendment Violation- Particularity for Searches and Seizures
### (Defendants 1-3)

5. On July 25th, 2020, all the Defendants (Defendant 1-3) descended upon the Plaintiff's house to execute facially-Deficient ATF Search Warrants procured by ATF Special Agent Elizabeth Morales

6. There is a Final Judgment by Federal Magistrate Patrick M. Hunt of the two ATF Warrants (20-6296-HUNT/20-6297-HUNT) executed by Defendant 2 and 3 showing they NEVER were Active (Terminated).

7. The two ATF Search Warrants (20-6296-HUNT/20-6297-HUNT) had no Particularity in the Search and Seizure category. The said warrants only say, See Attachment B. In the Area of Search category, the warrants only state the Plaintiff's home address but not Curtilage.

8. The Plaintiff resides in a Guesthouse (Curtilage) with his parents while they reside in the main part of the house.

9. None of the Defendants (Defendants 1-3), nor ATF Special Agent Elizabeth Morales, serve the Plaintiff, or his parents, with the Search Warrant Affidavit or any of the Attachments to the Search Warrant Affidavit on July 25th, 2020.

## Second Cause of Action

**Fourteenth Amendment Violation- warrantless arrest at a citizen's home**

**(Defendant 1)**

10. Defendant 3 had a military-style tank parked on the Plaintiff's driveway with a machine gun pointing directly at Plaintiff's guesthouse telling the Plaintiff to come outside over PA system.

11. Defendant 1 arrested the Plaintiff in his driveway (Curtilage) once he came outside of his Guesthouse.

## Third Cause of Action

**Fourteenth Amendment Violation- Right to be free from Unreasonable Searches and Seizures**

**(Defendant 1-3)**

12. Defendant 2 went inside the Plaintiff's guesthouse (Curtilage) to confiscate the Plaintiff's wallet with his Debit/Credit cards, Driver's license and over $500 dollars in cash inside it.

13. While inside the Plaintiff's guesthouse (Curtilage), Defendant 2 confiscated the Plaintiff's desktop computer.

14. Defendant 2 went inside the main part of the Plaintiff's house and confiscated several firearms.

15. Defendant 3 seized the Plaintiff's Samsung Cell Phone.

16. Defendant 1 and 2 both knew the Subject Matter behind the ATF warrants was dealing with the Plaintiff's former Account Manager's, Whitney English, allegations that the Plaintiff called her cell phone 513 times within 14 hours on July 21st, 2020.

17. There was no crime behind the ATF Search Warrants Defendant 2 and 3 executed because Cell Phone Records of Whitney English on July 21st, 2020 show she only had 19 calls with most of them being outbound calls, not inbound calls.

18. ATF Special Agent Elizabeth Morales, who is the procurer of the ATF Search Warrants, lied on her Search Warrant Affidavit about having personal knowledge of these phone calls.

19. All of the Defendants (Defendants 1-3) had Imputed Knowledge from ATF Special Agent Elizabeth Morales via "Fellow Officer Rule" that the ATF does NOT have Jurisdiction to investigate Interstate Communication Laws- the charges behind the ATF warrants.